NOT FOR PUBLICATION IN WEST'S HAWAIʻI REPORTS AND PACIFIC REPORTER

**Electronically Filed**
**Intermediate Court of Appeals**
**CAAP-16-0000517**
**29-NOV-2016**
**01:31 PM**

NO. CAAP-16-0000517

IN THE INTERMEDIATE COURT OF APPEALS

OF THE STATE OF HAWAIʻI

IN THE MATTER OF THE ESTATE OF
LEONARD ALLEN SCHNEIDER, Deceased

APPEAL FROM THE CIRCUIT COURT OF THE FIRST CIRCUIT
(PROBATE NO. 11-1-0688)

ORDER DISMISSING THE APPEAL PURSUANT
TO HRAP RULES 12.1(e) and 30
(By: Fujise, Presiding Judge, Leonard and Reifurth, JJ.)

Upon review of the record, it appears that:

(1) On July 13, 2016, Petitioners-Appellants Darlene Schneider, Malia Schneider, and Alissa Schneider (Appellants) filed a notice of appeal;

(2) On September 10, 2016, the circuit court clerk filed the record on appeal;

(3) On September 12, 2016, the appellate clerk notified the parties that the statement of jurisdiction and opening brief were due on or before September 20, 2016, and October 20, 2016, respectively;

(4) Appellants did not file either document, or request an extension of time;

(5) On November 7, 2016, the appellate clerk notified Appellants that the time for filing the statement of jurisdiction and opening brief had expired and, pursuant to Hawai'i Rules of Appellate Procedure Rules 12.1(e) and 30, the matter would be called to the court's attention on November 17, 2016, for appropriate action, which could include dismissal of the appeal; and

(6) Thereafter, Appellants did not file the statement of jurisdiction or opening brief, or otherwise respond to the default notice.

Therefore, IT IS HEREBY ORDERED that the appeal is dismissed.

DATED: Honolulu, Hawai'i, November 29, 2016.

Presiding Judge

Associate Judge

Associate Judge